Adam D. Kamenstein, Bar No. 225921
  adam.kamenstein@adkfirm.com
Christine M. Adams, Bar No. 172876
  christine.adams@adkfirm.com
ADAMS, DUERK & KAMENSTEIN LLP
445 S. Figueroa Street, Suite 2300
Los Angeles, CA 90071
Telephone: (213) 408-4082

Attorneys for Defendants
County of Los Angeles,
Carmen Trutanich, and
James Jacobs

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY GLENN WILLIAMS and DAMIEN DERON WILLIAMS,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF LOS ANGELES; CITY OF LOS ANGELES; CARMEN TRUTANICH; JAMES JACOBS; ESTATE OF MICHAEL MEJIA; JOE HOLMES; JIM BELL; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:24−cv−04071 DOC (BFMx)<br><br>Assigned To: Hon. Judge David O. Carter<br>Referred To: Magistrate Judge Brianna Fuller Mircheff<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED PURSUANT TO FRCP 12(b)(6) BY DEFENDANTS COUNTY OF LOS ANGELES, CARMEN TRUTANICH, AND JAMES JACOBS**<br><br>*[filed concurrently with Notice of Motion and Motion to Dismiss Pursuant to FRCP 12(b)(6); and MOPA]*<br><br>Complaint Served: May 24, 2024<br>Current Response Date: July 14, 2024 |

REQUEST FOR JUDICIAL NOTICE

**REQUEST FOR JUDICIAL NOTICE**

Pursuant to Federal Rule of Evidence 201, and in connection with a concurrently filed Motion to Dismiss For Failure to State a Claim Upon Which Relief Can Be Granted Pursuant to FRCP 12(b)(6) by Defendants Los Angeles County, Carmen Trutanich, and James Jacobs ("Defendants"), Defendants respectfully request that the Court take judicial notice of the complete docket, including all filings, orders, and exhibits for the Petition for Writ of Habeas Corpus matter entitled, *Barry Glenn Williams v. Jeanne Woodford*, United States District Court case number 2:00-cv-10637-DOC.

"The court may take judicial notice at any stage of the proceeding." Fed. R. Evid. 201(d). Courts properly take judicial notice of "adjudicative facts that are 'not subject to reasonable dispute.'" *United States v. Ritchie*, 342 F.3d 903, 908 (9th Cir. 2003) (quoting Fed. R. Evid. 201(b)). "Facts are indisputable, and thus subject to judicial notice if they are capable of accurate and ready determination by resort to sources whose accuracy cannot be reasonably questioned under Rule 201(b)(2)." *Ritchie*, 342 F.3d at 909 (cleaned up). A court may take judicial notice of court files and records. *Lauter v. Anoufrieva*, 642 F. Supp. 2d 1060, 1077 (C.D. Cal. 2009) (citing *Schweitzer v. Scott*, 469 F. Supp. 1017, 1020 (C.D. Cal. 1979); *GemCap Lending, LLC v. Quarles & Brady, LLP*, 269 F. Supp. 3d 1007, 1018-19 (C.D. Cal. 2017); *Gerritsen v. Warner Bros. Ent. Inc.*, 112 F. Supp. 3d 1011, 1034 (C.D. Cal. 2015).

[SIGNATURE PAGE FOLLOWS]

**SIGNATURE PAGE**

DATED: July 14, 2024                **ADAMS, DUERK & KAMENSTEIN LLP**

BY: _____
Adam D. Kamenstein
Christine M. Adams
*Attorneys for Defendants,*
COUNTY OF LOS ANGELES,
CARMEN TRUTANICH, and
JAMES JACOBS

**CERTIFICATE OF SERVICE**

I hereby certify that on this 14th of July, 2024, I electronically filed the foregoing paper(s) with the Clerk of the Court using the CM/ECF system which will send notification to all parties of record or persons requiring notice.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
Adam Kamenstein
Attorney for Defendants
COUNTY OF LOS ANGELES,
CARMEN TRUTANICH and
JAMES JACOBS