**HYDEE FELDSTEIN SOTO**, City Attorney (SBN 106866)
**DENISE C. MILLS**, Chief Deputy City Attorney (SBN 191992)
**KATHLEEN KENEALY**, Chief Assistant City Attorney (SBN 212289)
**CORY M. BRENTE**, Senior Assistant City Attorney (SBN 115453)
**SUREKHA A. SHEPHERD,** Assistant City Attorney (SBN 193206)
200 North Main Street, 6th Floor, City Hall East
Los Angeles, California 90012
Phone No.: (213) 978-7036   |   Fax No.: (213) 978-8785
Email surekha.shepherd@lacity.org

*Attorneys for Defendant* CITY OF LOS ANGELES

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY GLENN WILLIAMS and DAMIEN DERON WILLIAMS,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF LOS ANGELES; CITY OF LOS ANGELES; CARMEN TRUTANICH; JAMES JACOBS; ESTATE OF MICHAEL MEJIA; JOE HOLMES; JIM BELL, and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 2:24-cv-04071-DOC-BFM<br>*Hon. David O. Carter; Santa Ana – 10A*<br>*Hon. Mag. Brianna Fuller Mircheff; Roybal - 780*<br><br>**DECLARATION OF SUREKHA A. SHEPHERD IN SUPPORT OF DEFENDANT CITY OF LOS ANGELES' REQUEST FOR JUDICIAL NOTICE; EXHIBITS** |

### DECLARATION OF SUREKHA A. SHEPHERD

I, SUREKHA A. SHEPHERD, declare and state as follows:

1.   I am an Assistant City Attorney with the Los Angeles City Attorney's Office. I am assigned with the responsibility of representing Defendant City of Los Angeles in the matter of *Barry Glenn Williams ,et al. v. City of Los Angeles*, et al., CV24-04071 DOC (BFM) and am lead counsel for the City in this action. I am admitted to

1

practice before the United States District Court-Central District of California. I make this declaration upon my own personal knowledge, except upon those matters stated upon information and belief.

2. Attached hereto and marked as **Exhibit "1"** is a true and correct copy the Certified copy of the docket from *People v. Barry Glenn Williams*, Los Angeles County Superior Court Case No. A623377, covering the time period from July 15, 2016 to May 9, 2023.

3. Attached hereto and marked as **Exhibit "2"** is Felony Complaint dated July 13, 1982, filed in *People v. Barry Glenn Williams*, Los Angeles County Superior Court Case No. A623377 (CV-00-10637, Docket No. 14, p. 260-265). The document is certified on page 264.

4. Attached hereto and marked as **Exhibit "3"** is a true and correct copy of the Information dated October 5, 1982, filed in *People v. Barry Glenn Williams*, Los Angeles County Superior Court Case No. A623377 (CV-00-10637, Docket No. 14, p. 266-271). The document is certified at the last page.

5. Attached hereto and marked as **Exhibit "4"** is a true and correct copy of the Amended Information dated May 13, 1985, filed in *People v. Barry Glenn Williams*, Los Angeles County Superior Court Case No. A623377 (CV-10637, Docket No. 14, p. 272-273). The document is certified as the last page.

6. Exhibits 2-4 herein were part of the record in the underlying federal habeas proceedings, *Williams v. Woodford*, CV00-10637 DOC.

I declare under penalty of perjury pursuant to the laws of the United States of America, and the State of California that the foregoing is true and correct.

Executed on August 19, 2024, at Los Angeles, California.

*Surekha A. Shepherd*

SUREKHA A. SHEPHERD, Declarant