Je Yon Jung (SBN #329774)
jeyon@mayjung.com
**MAY JUNG LLP**
333 City Blvd. West
Suite 327
Orange, CA 9286
(818) 869-6476
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY GLENN WILLIAMS, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF LOS ANGELES, *et al.*,<br><br>Defendants. | 2:24−CV−04071−DOC−BFM<br><br>**PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF THEIR OMNIBUS OPPOSITION TO COUNTY DEFENDANTS' MOTION TO DISMISS AND DEFENDANT CITY'S MOTION FOR JUDGMENT ON THE PLEADINGS; DECLARATION OF JE YON JUNG; EXHIBITS**<br><br>*[Filed concurrently with (Proposed) Order for Request for Judicial Notice; Omnibus Opposition to County Defendants' Motion to Dismiss and Defendant City's Motion for Judgment on the Pleadings; Declaration of Je Yon Jung; Exhibits]*<br><br>**Date:** October 21, 2024<br>**Time:** 8:30 A.M.<br>**Court:** 10A |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:**

**NOTICE IS HEREBY GIVEN** that pursuant to Federal Rule of Evidence 201(b)(2), Plaintiffs Barry Glenn Williams and Damien Deron Williams ("Plaintiffs") respectfully request that the Court take judicial notice of the following documents and facts contained therein:

1. Copy of docket from *Williams v. Davis,* No. 2:00-cv-10637-DOC (C.D. Cal. Feb. 11, 2015), *see* Declaration of Je Yon Jung ("Jung Decl."), ¶ 3;

2. Petitioner's Evidentiary Hearing Exhibit List, Ex. 12, Recorded Statement of Arthur Cox, *Williams v. Davis,* No. 2:00-cv-10637-DOC (C.D. Cal. Feb. 11, 2025, Dkt. No. 201, *see* Jung Decl., ¶ 4;

3. Certified copy of the docket from *People v. Williams*, Los Angeles County Superior Court Case No. A623377, covering the time period from July 15, 2016 to May 9, 2023, *see* Jung Decl. ¶ 5;

4. People's Motion for Resentencing Pursuant to Penal Code § 1172.1, *People v. Williams*, No. A62337 (Cal. Super. Ct. Los Angeles County, May 9, 2023), *see* Jung Decl., ¶ 6;

5. Minute Order, *People v. Williams*, No. A62337 (Cal. Super. Ct. Los Angeles County, May 1, 2023), *see* Jung Decl., ¶ 7; and

6. Petitioner's Evidentiary Hearing, Exhibit List, Ex. 21, Prosecution's Notes, *Williams v. Davis*, No. 2:00-cv-10637-DOC (C.D. Cal. Feb. 11, 2015), Dkt. No. 201, *see* Jung Decl., ¶ 8.

Dated: September 18, 2024                    Respectfully submitted,

**MAY JUNG LLP**

*/s/ Je Yon Jung*
Je Yon Jung (SBN #329774)
333 City Blvd. West
Suite 327
Orange, CA 9286
(818) 869-6476
jeyon@mayjung.com

*Attorneys for Plaintiffs*

## MEMORANDUM OF POINTS AND AUTHORITIES

A court may "judicially notice a fact that is not subject to reasonable dispute because it… can be accurately and readily determined from sources whose accuracy cannot be reasonably be questioned." Fed. R. Evid. 201(b). "A high degree of indisputability is the essential prerequisite" to this provision. *See* Advisory Committee Comments, Fed. R. Evid. 201. A court can take judicial notice of undisputed facts contained in "matters of public record" without converting a motion to dismiss into a motion for summary judgment. *Lee v. City of Los Angeles,* 250 F.3d 668, 689-690. It must take judicial notice "if a party requests it and the court is supplied with the necessary information." Fed. R. Evid. 201(c)(2).

Here, Plaintiffs allege violations of their civil rights and state tort law as a result of the proceedings and actions undertaken by Defendants in connection with Plaintiffs Barry Williams' underlying criminal cases. Plaintiffs seek judicial notice of undisputed facts contained in the below-referenced court documents in order to provide the Court with a more fulsome procedural and factual context for the pending motions to dismiss and Plaintiffs' opposition thereto.

1. Copy of docket from *Williams v. Davis,* No. 2:00-cv-10637-DOC (C.D. Cal. Feb. 11, 2015);

2. Petitioner's Evidentiary Hearing Exhibit List, Ex. 12, Recorded Statement of Arthur Cox, *Williams v. Davis,* No. 2:00-cv-10637-DOC (C.D. Cal. Feb. 11, 2025, Dkt. No. 201;

3. Certified copy of the docket from *People v. Williams*, Los Angeles County Superior Court Case No. A623377, covering the time period from July 15, 2016 to May 9, 2023;

4. People's Motion for Resentencing Pursuant to Penal Code § 1172.1, *People v. Williams*, No. A62337 (Cal. Super. Ct. Los Angeles County, May 1, 2023);

5. Minute Order, *People v. Williams*, No. A62337 (Cal. Super. Ct. Los Angeles County, May 1, 2023); and

6. Petitioner's Evidentiary Hearing, Exhibit List, Ex. 21, Prosecution's Notes, *Williams v. Davis*, No. 2:00-cv-10637-DOC (C.D. Cal. Feb. 11, 2015), Dkt. No. 201.

Dated: September 18, 2024          Respectfully submitted,

**MAY JUNG LLP**

<u>/s/ Je Yon Jung</u>
Je Yon Jung (SBN #329774)
333 City Blvd. West
Suite 327
Orange, CA 9286
(818) 869-6476
jeyon@mayjung.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document has been filed using this court's ECF system and counsel of record for all parties will be served accordingly.

                                                  /s/ Je Yon Jung
                                                  Je Yon Jung