Je Yon Jung (SBN #329774)
jeyon@mayjung.com
**MAY JUNG LLP**
333 City Blvd. West
Suite 327
Orange, CA 9286
(818) 869-6476
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY GLENN WILLIAMS, *et al.,* <br><br> Plaintiffs, <br><br> vs. <br><br> COUNTY OF LOS ANGELES, *et al*., <br><br> Defendants. | 2:24−CV−04071−DOC−BFM <br><br> **DECLARATION OF JE YON JUNG IN SUPPORT OF PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE** |

I, Je Yon Jung, declare and state as follows:

1. I am counsel of record for Plaintiffs Barry Glenn Williams and Damien Deron Williams. I am licensed to practice in California, the District of Columbia, and before the United States District Court for the Central District of California.

2. I am over the age of 18 and make this declaration based on my own personal knowledge and belief.

3.      Attached hereto and marked as Exhibit 1 is a true and correct copy of the docket from *Williams v. Davis,* No. 2:00-cv-10637-DOC (C.D. Cal. Feb. 11, 2015).

4.      Attached hereto and marked as Exhibit 2 is a true and correct copy of Petitioner's Evidentiary Hearing Exhibit List, Ex. 12, Recorded Statement of Arthur Cox, *Williams v. Davis,* No. 2:00-cv-10637-DOC (C.D. Cal. Feb. 11, 2025, Dkt. No. 201;

5.      Attached hereto and marked as Exhibit 3 is a true and correct copy of certified copy of the docket from *People v. Williams*, Los Angeles County Superior Court Case No. A623377, covering the time period from July 15, 2016 to May 9, 2023;

6.      Attached hereto and marked as Exhibit 4 is a true and correct copy of People's Motion for Resentencing Pursuant to Penal Code § 1172.1, *People v. Williams*, No. A62337 (Cal. Super. Ct. Los Angeles County, May 1, 2023);

7.      Attached hereto and marked as Exhibit 5 is a true and correct copy of Minute Order, *People v. Williams*, No. A62337 (Cal. Super. Ct. Los Angeles County, May 9, 2023); and

8.      Attached hereto and marked as Exhibit 6 is a true and correct copy of Petitioner's Evidentiary Hearing, Exhibit List, Ex. 21, Prosecution's Notes,

*Williams v. Davis*, No. 2:00-cv-10637-DOC (C.D. Cal. Feb. 11, 2015), Dkt. No. 201.

      I declare under the penalty of perjury pursuant to the laws of the United States of America and the State of California that the foregoing is true and correct.

September 18, 2024            */s/ Je Yon Jung*
                                          Je Yon Jung