UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

BARRY GLENN WILLIAMS, *et al.,*

    Plaintiffs,

vs.

COUNTY OF LOS ANGELES, *et al.*,

    Defendants.

2:24−CV−04071−DOC−BFM

[PROPOSED] ORDER GRANTING PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE

On July 14, 2024, Defendants County of Los Angeles, Carmen Trutanich, and James Jacobs filed a Motion to Dismiss Plaintiffs' Complaint for Failure to State a Claim under Fed. R. Civ. P. 12(b)(6). Dkt. 27. On August 19, 2024, Defendant City of Los Angeles filed a Motion for Judgment on the Pleadings against Plaintiffs under Fed. R. Civ. P. 12(c). Dkt. 49. Plaintiffs filed an Omnibus Opposition to Defendants' respective Motions on September 18, 2024. Dkt. 54. Filed concurrently with Plaintiffs' Omnibus Opposition to Defendants' Motions, Plaintiffs filed a Request for Judicial Notice of certain identified documents and undisputed facts contained in *Williams v. Davis,* No. 2:00-cv-10637-DOC (C.D. Cal. Feb. 11, 2015); *People v. Williams*, No. A62337 (Cal. Super. Ct. Los Angeles County, May 1, 2023); and documents therefrom attached as exhibits to their Request, in Support of their Opposition to Defendants' Motions. [Dkt. XX]

The Court having considered the Plaintiffs' request, receiving no objection to such Request, and for good cause shown,

**IT IS HEREBY ORDERED** that Plaintiffs' request is **GRANTED.**

**SO ORDERED.**

Dated: _____         _____
                                  HONORABLE DAVID O. CARTER
                                  United States District Court Judge