Adam D. Kamenstein, Bar No. 225921
 adam.kamenstein@adkfirm.com
Christine M. Adams, Bar No. 172876
 christine.adams@adkfirm.com
Amy O. Duerk, Bar No. 205013
 amy.duerk@adkfirm.com
ADAMS, DUERK & KAMENSTEIN LLP
445 S. Figueroa Street, Suite 2300
Los Angeles, CA 90071
Telephone: (213) 408-4082

Attorneys for Defendants
County of Los Angeles,
Carmen Trutanich, and
James Jacobs

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY GLENN WILLIAMS and DAMIEN DERON WILLIAMS,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF LOS ANGELES; CITY OF LOS ANGELES; CARMEN TRUTANICH; JAMES JACOBS; ESTATE OF MICHAEL MEJIA; JOE HOLMES; JIM BELL; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:24−cv−04071-DOC (BFMx)<br><br>Assigned To: Hon. Judge David O. Carter<br>Referred To: Magistrate Judge Brianna Fuller Mircheff<br><br>**JOINDER TO DEFENDANT CITY OF LOS ANGELES'S BRIEFS REGARDING ITS MOTION TO DISMISS PURSUANT TO FRCP 12(C) BY DEFENDANTS COUNTY OF LOS ANGELES, CARMEN TRUTANICH, AND JAMES JACOBS**<br><br>Complaint Served: May 24, 2024<br>Trial: Not set yet |

TO THE HONORABLE COURT, ALL PARTIES, AND TO THEIR COUNSEL OF RECORD:

**PLEASE TAKE NOTICE** that Defendants County of Los Angeles, Carmen Trutanich, and James Jacobs ("County Defendants") hereby join in Defendant City of Los Angeles's briefs in support of its Motion to Dismiss Pursuant to FRCP 12(C), including its Reply to Plaintiffs' Supplemental Response in Support of Omnibus Opposition to Defendants' Motion to Dismiss (Dkt. 74).

DATED: February 28, 2025

ADAMS, DUERK & KAMENSTEIN LLP

BY: _____
Adam D. Kamenstein
Christine M. Adams
*Attorneys for Defendants,*
  COUNTY OF LOS ANGELES,
  CARMEN TRUTANICH, and
  JAMES JACOBS